UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
11012 HOLDINGS, INC.,                                       :
                                     Plaintiff              :
                                                            :      20 Civ. 4471 (LGS)
            -against-                                       :
                                                            :          ORDER
HARTFORD FIRE INSURANCE COMPANY,                            :
                                     Defendants.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 13, 2020, at 10:50 a.m., and no significant issues were raised in the parties' joint letter or proposed case management plan;

WHEREAS, on August 3, 2020, Defendants filed a pre-motion letter, proposing to file a motion to dismiss (Dkt. No. 7), and on August 10, 2020, Plaintiff filed a response to the letter (Dkt. No. 11). It is hereby

**ORDERED** that the August 13, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters. The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances. It is further

**ORDERED** that the parties may proceed with briefing the motion to dismiss. Defendants shall file their opening motion by **September 1, 2020**. Plaintiff shall file its opposition by **September 22, 2020**. Defendants shall file their reply by **October 2, 2020**. The parties shall comply with the Individual Rules and the Emergency Individual Rules in Light of COVID-19, regarding briefing requirements, including page limits and courtesy copies.

Dated: August 11, 2020
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**