**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 11012 HOLDINGS, INC. d/b/a GUY HEPNER, | |
| *Plaintiff*, | Case No. 20-cv-4471-LGS |
| - against - | |
| HARTFORD FIRE INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD. | |
| *Defendants*. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby gives notice

that all claims asserted herein against defendant Hartford Fire Insurance Company ("Hartford")

are voluntarily dismissed, without prejudice, against Hartford. This dismissal shall apply to

Hartford only and shall not apply to plaintiff's claims against Sentinel Insurance Company, Ltd,

which shall continue.

Dated: New York, New York
August 31, 2020

**THE CASAS LAW FIRM, P.C.**

By: /s/ John V. Golaszewski
John V. Golaszewski, Esq.
1740 Broadway, 15th Floor
New York, New York 10019
T: 855.267.4457
F: 855.220.9626
*Attorneys for Plaintiffs*

So Ordered.

The Clerk of Court is respectfully directed to dismiss from the action **Defendant Hartford Fire Insurance Company** only.

Dated: September 1, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**