UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 10012 HOLDINGS, INC. d/b/a GUY HEPNER,<br><br>                                        Plaintiff,<br><br>—*against*—<br><br>HARTFORD FIRE INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD.,<br><br>                                        Defendants. | 20 Civ. 4471 (LGS) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of Charles Michael (with exhibits), defendant Sentinel Insurance Company, Ltd. will move the Court, before the Honorable Lorna G. Schofield, at the United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard, for an Order dismissing this action with prejudice.

Dated:  September 1, 2020                                    Respectfully submitted,

                                                                                   STEPTOE & JOHNSON LLP

                                                                                   By:  */s/ Sarah D. Gordon*

Charles Michael                                              Sarah D. Gordon*
Meghan Newcomer                                       1330 Connecticut Avenue, NW
1114 Avenue of the Americas                       Washington, D.C. 20036
New York, New York 10036                          (202) 429-3000
(212) 506-3900                                               sgordon@steptoe.com
cmichael@steptoe.com                                 **pro hac vice* application pending
mnewcomer@steptoe.com

                            *Counsel for Sentinel Insurance Company, Ltd.*