**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
10012 HOLDINGS, INC. d/b/a GUY HEPNER,

                      Plaintiff,

      -against-                                  20 **CIVIL** 4471 (LGS)

**JUDGMENT**

SENTINEL INSURANCE COMPANY, LTD.,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 15, 2020, Defendant's motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
            December 15, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                     **Clerk of Court**
                      **BY:**
                                                     _____
                                                     **Deputy Clerk**